1  CAMILO ECHAVARRIA (State Bar No. 192481)
   camiloechavarria@dwt.com
2  AARON N. COLBY (State Bar No. 247339)
   aaroncolby@dwt.com
3  DAVIS WRIGHT TREMAINE LLP
4  865 South Figueroa Street, Suite 2400
   Los Angeles, California  90017-2566
5  Telephone: (213) 633-6800
   Fax: (213) 633-6899

JS-6

Attorneys for Defendant
BANK OF AMERICA, N.A., incorrectly
named as Bank of America Corporation

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM LOPEZ, AN INDIVIDUAL; AND ERICA AVALOS, AN INDIVIDUAL,<br><br>          Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>          Defendant. | Case No. **CV-11-10614-R (MRWx)**<br><br>**ORDER GRANTING STIPULATION RE DISMISSAL**<br><br>Assigned to Hon. Manuel Real<br>Courtroom 8 |

ORDER ON STIPULATION RE DISMISSAL
DWT 19070326v1 4900000-001426

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1 | Pursuant to the stipulation between plaintiffs MIRIAM LOPEZ and ERICA
2 | AVALOS ("Plaintiffs"), on the one hand, and defendant BANK OF AMERICA,
3 | N.A., incorrectly sued as BANK OF AMERICA CORPORATION ("Defendant"), on
4 | the other hand, this action is dismissed in its entirety with prejudice.  Each party to
5 | bear their own attorneys' fees and costs.

DATED:  March 7, 2012        _____
                             Honorable Manuel L. Real
                             United States District Court Judge

2

ORDER ON STIPULATION RE DISMISSAL
DWT 19070326v1 4900000-001426

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899