| | |
|---|---|
| 1  CAMILO ECHAVARRIA (State Bar No. 192481)<br>    camiloechavarria@dwt.com<br>2  AARON N. COLBY (State Bar No. 247339)<br>    aaroncolby@dwt.com<br>3  DAVIS WRIGHT TREMAINE LLP<br>4  865 South Figueroa Street, Suite 2400<br>   Los Angeles, California  90017-2566<br>5  Telephone: (213) 633-6800<br>   Fax: (213) 633-6899 | JS-6 |

Attorneys for Defendant
BANK OF AMERICA, N.A., incorrectly named as Bank of America Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM LOPEZ, AN INDIVIDUAL; AND ERICA AVALOS, AN INDIVIDUAL,<br><br>                    Plaintiff,<br><br>          vs.<br><br>BANK OF AMERICA CORPORATION, a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>                    Defendant. | Case No. **CV-11-10614-R (MRWx)**<br><br>**ORDER GRANTING STIPULATION RE DISMISSAL**<br><br>Assigned to Hon. Manuel Real<br>Courtroom 8 |

ORDER ON STIPULATION RE DISMISSAL
DWT 19070326v1 4900000-001426

1

1  Pursuant to the stipulation between plaintiffs MIRIAM LOPEZ and ERICA
2  AVALOS ("Plaintiffs"), on the one hand, and defendant BANK OF AMERICA,
3  N.A., incorrectly sued as BANK OF AMERICA CORPORATION ("Defendant"), on
4  the other hand, this action is dismissed in its entirety with prejudice.  Each party to
5  bear their own attorneys' fees and costs.

8  DATED:  March 7, 2012                    _____
                                             Honorable Manuel L. Real
9                                            United States District Court Judge

ORDER ON STIPULATION RE DISMISSAL
DWT 19070326v1 4900000-001426

2

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899